## JUNE 1968 CALENDAR

From: The District Court of the First Judicial District. County of Lewis and Clark

STATE OF MONTANA, Plaintiff, vs. EDWARD JAMES ARKINSON, Defendant.

NO. 53

### DECISION

The application of the above-named defendant for a review of the sentence of ten years, imposed on the 29th day of December, 1966, was fully heard and after a careful consideration of the entire matter it is decided that:

(1) No change be made in the sentence heretofore imposed.

The reason for the above decision: Based upon his past record and the lack of any evidence to support a reduction it was decided that the sentence should not be reduced.

DATED this 27th day of June, 1968.

### SENTENCE REVIEW DIVISION

Jack D. Shanstrom, acting chairman; Philip C. Duncan.

From: The District Court of the Fourth Judicial District. County of Missoula.

STATE OF MONTANA, Plaintiff, vs. CURTIS EUGENE BALDWIN, Defendant.

### DECISION

The application of the above-named defendant for a review of the sentence of 10 years, imposed on January 9, 1968, was fully heard and after a careful consideration of the entire matter it is decided that:

(1) No change be made in the sentence heretofore imposed.

The reason for the above decision: Insufficient evidence in the opinion of this Board to warrant any reduction of sentence heretofore imposed.

DATED this 27th day of June, 1968.

### SENTENCE REVIEW DIVISION

Victor H. Fall, chairman; Philip C. Duncan, Paul G. Hatfield.